UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 09-9097 DSF (RZx) | Date | 5/24/10 |
| Title | Dolce Yvonne Dubonnet v. The Salvation Army | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Sanctions

   On May 13, 2010, Plaintiff Dolce Yvonne Dubonnet filed a Joint Stipulation for Leave to File Amended Complaint.  The electronically filed document represents by the designation "s/" that it was signed by Brian P. Long.  The General Orders and Local Rules of this Court require that an identical Stipulation and proposed Order be submitted to the chambers email, and that a paper copy of these documents be submitted to chambers.

   Plaintiff failed to submit a copy of the Stipulation to the chambers email.  Of even greater concern is the fact that the paper Stipulation submitted to the Court is not identical to the version filed electronically.  The paper version contains a signature block for Carla Feldman, rather than Brian P. Long, but does not contain Ms. Feldman's signature or indicate that she signed the document.

   As electronic filing relies on counsel to provide electronic and paper copies identical to the documents actually filed, the Court takes violations seriously.  Therefore, counsel are ordered to show cause why sanctions of $500 should not be imposed and to explain how the error occurred.

   A written response must be filed by June 1, 2010.  The Court will determine whether a hearing will be required.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

IT IS SO ORDERED.